## W. D. Chemical Company, Appellant, v. Walter Teel, Appellee.

### Gen. No. 6,165.    (Not to be reported in full.)

Appeal from the Circuit Court of Peoria county; the Hon. JOHN M. NIEHAUS, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed February 8, 1916. Rehearing denied April 6, 1916.

### Statement of the Case.

Action by W. D. Chemical Company, plaintiff, against Walter Teel, defendant, on a written contract for the purchase of merchandise. From a judgment for defendant plaintiff appeals.

KEITHLEY & KEITHLEY, for appellant.

C. N. BARNES and SHELTON MCGRATH, for appellee.

MR. PRESIDING JUSTICE DIBELL delivered the opinion of the court.

### Abstract of the Decision.

1. PAYMENT, § 6*—*when giving of note for pre-existing indebtedness constitutes payment.* The making a note for a pre-existing debt constitutes payment thereof where it is expressly agreed that it shall be in payment of the debt and the creditor subsequently sells the note to a third person.

2. PAYMENT, § 29*—*when evidence insufficient to establish that note given in payment of debt was a forgery.* In an action for the purchase price of merchandise under a contract, where it appeared that a note given in payment of the debt was transferred to a third person and suit brought against defendant, in which defendant pleaded the general issue, forgery and another special plea, and a verdict of no cause of action was rendered in defendant's favor, and defendant could have proved several defenses under the issues, including that of forgery, in the absence of proof as to

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

what particular defense was relied upon in the suit on the note, evidence *held* insufficient to sustain a finding that the jury found in the trial of the suit on the note that it was a forgery.

3. TRIAL, § 68*—*when offer of proof insufficient.*  An offer of proof which does not disclose what the answer is expected to be is insufficient.

---

### June E. Mills, Appellee, v. Village of Oquawka, Appellant.

### Gen. No. 6,167.   (Not to be reported in full.)

Appeal from the Circuit Court of Henderson county; the Hon. HARRY M. WAGGONER, Judge, presiding.  Heard in this court at the October term, 1915.  Affirmed.  Opinion filed February 8, 1916.

### Statement of the Case.

Action by June E. Mills, plaintiff, against Village of Oquawka, defendant, to recover damages for personal injuries due to falling through a defective wooden portion of a brick sidewalk into a cellar.  From a judgment for plaintiff for $2,000, defendant appeals.

On May 16, 1914, the husband of June E. Mills occupied a part of the Graham building in the Village of Oquawka, in Henderson county, as a bakery.  There was a brick sidewalk, ten or twelve feet wide, in front of this building, and at one time there had evidently been a stairway leading from this sidewalk down to a cellar underneath, but its use for such a purpose had been abandoned many years before the date named, the stairs had been removed, and the opening in the sidewalk leading to the stairs had been covered with the wooden door.  On the evening of the day in ques-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.